**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David R. Barrios,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CIV 05-1801-PHX-SRB (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss (Doc. #15), filed May 12, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #15). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 23rd day of June, 2006.

_____
Susan R. Bolton
United States District Judge